**Sara L. Gabin**, OSB #81234
Internet E-mail address:  slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
14523 Westlake Drive
Lake Oswego, Oregon, OR 97035-7700
Telephone:  503.620.3171
Fax:  503.620.3365
Attorney(s) for:  Hannah Rae Sufit Scott

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| HANNAH RAE SUFIT SCOTT, | Case No. 1:20-cv-01623-SI |
| Plaintiff, | |
| v. | ORDER GRANTING *STIPULATED* MOTION FOR AN AWARD OF ATTORNEY FEES PUSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA), AND FOR AN AWARD OF COSTS |
| KILOLO KIJAKAZI, ACTING COMMISSIONER, SOCIAL SECURITY, | |
| Defendant. | |

This matter having come before the court upon the Stipulated Motion of the parties, and this court being otherwise fully advised

IT IS HEREBY ORDERED that plaintiff is awarded Equal Access to Justice (EAJA) Fees in the amount of $6,000.00

IT IS FURTHER HEREBY ORDERED that under *Astrue v. Ratliff*, 130 S. Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)).

IT IS FURTHER HEREBY ORDERED that, plaintiff having assigned her right to EAJA fees to her attorney Ms. Sara L. Gabin, if the U.S. Department of the Treasury determines that

ORDER GRANTING *STIPULATED* MOTION FOR AN AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA), AND FOR AN AWARD OF COSTS

**Page 1**

plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to plaintiff's attorney.

IT IS FURTHER HEREBY ORDERED that whether the check is made payable to plaintiff or to Ms. Gabin, the check shall be mailed to Ms. Gabin at the following address: 14523 Westlake Drive, Lake Oswego, OR  97035.

IT IS SO ORDERED THIS 25th day of May, 2022.

DISTRICT COURT JUDGE

ORDER GRANTING *STIPULATED* MOTION FOR AN AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA), AND FOR AN AWARD OF COSTS

Page 2